United States District Court
Southern District of Texas
**ENTERED**
February 06, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BYRON KEITH HARMON, (TDCJ #01801973) | § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. 4:18-cv-2207 |
| LORIE DAVIS, | § § § | |
| Respondent. | § | |

## ORDER OF DISMISSAL

For the reasons set forth in the Court's Memorandum and Order of even date, this case is **DISMISSED** without prejudice as an unauthorized successive petition.

SIGNED at Houston, Texas, on  FEB 0 5 2019.

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE